**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

**Criminal No.** 26-mj-730 DJF

PAUL KRAS,

Defendant,

# APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( x)Ad Prosequendum ( )Ad Testificandum

Name of Detainee: Paul Kras
Detained at (custodian): Sherburne County Jail

The government is requesting the HSI agents to transport detainee.

Detainee is: a.) ( x) charged in this district by: Indictment
Charging Detainee With: Voting by Alien
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( x) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on October 27, 2026 at 9:30am in the courtroom of The Honorable Dulce J. Foster.

Dated: October 15, 2026

*s/ Joseph S. Teirab*
Joseph S. Teirab, FAUSA

# WRIT OF HABEAS CORPUS

( x)Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

October 15, 2026
Date

*s/Shannon G. Elkins*
THE HONORABLE SHANNON G. ELKINS
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | M |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1948 |
| Facility Address: | 13880 Business Center Drive NW | Race: | |
| | Elk River, MN 55330 | FBI #: | |
| Facility Phone: | 763-765-3500 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

**Executed on** ____________ **by** ____________ ____________
(Signature)